**THE STATE OF FLORIDA, et al., v. FLORIDA STATE IMPROVE- MENT COMMISSION, an Agency of the State of Florida.**

34 So. (2nd) 455                                        January Term, 1948
March 5, 1948                                                    En Banc

*Phil O'Connell* and *Dwight L. Rogers, Jr.,* for appellants.

*B. A. Meginniss* and *John U. Lloyd,* for appellee.

*Giles J. Patterson,* as amicus curiae.

SEBRING, J.:

The decree appealed from is affirmed on authority of the decision in State of Florida v. Florida State Improvement Commission, (Highlands County), rendered by this court on the 5th day of March, A. D. 1948, and reported in 160 Fla. 229, 34 So. (2nd) 443.

THOMAS, C. J., TERRELL and CHAPMAN, JJ., concur.

ADAMS and BARNS, JJ., dissent.